# ANTHONY S. NOVAK, ESQ.
**CHAPTER 7 BANKRUPTCY TRUSTEE**
280 Adams Street
Manchester, CT 06042-1975
(860) 645-0006
Telecopier (860) 645-1110

February 18, 2011

Clerk's Office
U.S. Bankruptcy Court
450 Main Street
Hartford, CT  06103

    **Re:**    **Thomas and Jennifer Cordier**
           **Chapter 7 Bankruptcy Case No. 10-24012(asd)**

Dear Case Administrator:

    In regard to the above-captioned Estate, it appears that there will be funds available for creditors.  Therefore, I would appreciate it if you could check your records and if no bar date has been set, please set a bar date for filing claims and notice same.

    Thank you.

                             Very truly yours,

                             /s/ Anthony S. Novak
                             Anthony S. Novak
                             Chapter 7 Trustee
                             Email: anthonysnovak@aol.com