### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : CHAPTER 7 |
| THOMAS AND JENNIFER CORDIER | : CASE NO. 10-24012(asd) |
| | : |
| DEBTORS | : FEBRUARY 18, 2011 |

### APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT ADLER LAW GROUP, LLC AS SPECIAL ATTORNEY TO THE BANKRUPTCY ESTATE AS TO *A POSSIBLE PRODUCTS LIABILITY AND PERSONAL INJURY CLAIM AS TO THE DEBTOR THOMAS CORDIER, SR.*

The application of Anthony S. Novak, Chapter 7 Trustee, pursuant to 11 U.S.C. Section 327, respectfully represents:

1. Applicant is the duly qualified Trustee in this case.

2. It is necessary that your applicant employ an attorney in connection with this case to represent the estate in a *possible product liability and personal injury claim as to the debtor Thomas Cordier, Sr.* for injuries sustained by the debtor Thomas Cordier, Sr. in a gas grill explosion which occurred on or about May 31, 2010.

3. Attorney Lawrence H. Adler is an attorney duly admitted to practice before this Court, and is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and is qualified to act as attorney in this matter, and represents no interest adverse to the Estate. Attorney Adler is familiar with this matter and has been retained by the debtor as trial counsel.

4. Compensation for said services would be a contingency fee of 33-1/3 percent plus costs and disbursements and will be presented to the Court in an application requesting approval of such fee.

Detailed time and expense records will be included with this application for fees, even those based on a one-third contingency.

WHEREFORE, Applicant prays that he be authorized to employ Adler Law Group, LLC to represent this estate, and that he have such other and further relief as is just.

/s/ *Anthony S. Novak*
Anthony S. Novak
Fed. Bar #ct09074
Chapter 7 Trustee
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-645-0006

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE : 
: CHAPTER 7
THOMAS AND JENNIFER CORDIER : CASE NO. 10-24012(asd)
:
DEBTORS :

AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF CONNECTICUT )
 ) ss: East Hartford   February 18, 2011
COUNTY OF HARTFORD )

I, Lawrence H. Adler, hereby make solemn oath:

1. I am an attorney and counselor-at-law, duly admitted to practice in the State of Connecticut.

2. I am over eighteen (18) years of age and believe in the obligations of an oath.

3. I maintain an office for the practice of law at the Adler Law Group, LLC, 290 Roberts Street, Ste. 101, East Hartford, CT.

4. I presently have in effect Lawyer's Professional Liability insurance through Westchester Fire Ins. Co., policy # PF-21277. The policy has limits of liability of $1,000,000 /$ 2,000,000 and I will maintain lawyer's professional liability coverage during the pendency of my appointment.

5. I have no connection with Thomas Cordier, Sr. and Jennifer Cordier, the above-named Debtors, their creditors or any other party in interest herein or its representative attorneys, except for this case.

6.    I do not represent or hold any interest adverse to the Debtors or to the Bankruptcy Estate of Thomas Cordier, Sr. and Jennifer Cordier upon the matters upon which I am proposed to be engaged, and I am a disinterested person within the meaning of 11 U.S.C. Sec. 101(14).

7.    Compensation for said services upon which I am proposed to be engaged regarding this potential action would be a contingency fee of 33-1/3 percent plus costs and disbursements. Detailed time and expense records will be included with this application for fees, even those based on a one-third contingency.

_____
Lawrence H. Adler, Esq.

Subscribed and sworn to before me this 18th day of February, 2011.

_____
Commissioner of the Superior
Court/Notary Public

KIMBERLY J. BUSWELL
NOTARY PUBLIC
My Commission Expires 9/30/13

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE                             :
                                  :    CHAPTER 7
THOMAS AND JENNIFER CORDIER       :    CASE NO. 10-24012(asd)
                                  :
DEBTORS                           :

## PROPOSED
## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## ADLER LAW GROUP, LLC AS SPECIAL COUNSEL TO THE ESTATE

Upon consideration of the application of Anthony S. Novak, Trustee, for authority to employ Adler Law Group, LLC to serve as Special Counsel in connection with this case, and the proposed affidavit of Attorney Lawrence H. Adler and it appearing that he is admitted to practice in this Court, that he represents no interest adverse to this Estate, that his employment is necessary and is in the best interests of the Estate, and no adverse interest appearing, it is

ORDERED that Anthony S. Novak, Trustee, be and is hereby authorized to employ Adler Law Group, LLC to represent the estate in the products liability and personal injury action of the debtor Thomas Cordier, Sr. with legal compensation to be contingency based on a 33-1/3 percent of recovery, plus reimbursement of costs and disbursements, subject to the approval of the Bankruptcy Court, with payment only upon proper application to the Court pursuant to 11 U.S.C. §§ 330, 331.

BY THE COURT

_____
Albert S. Dabrowski
U.S. Bankruptcy Judge

Dated: _____